**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1330**

_____

ADRIENNE SMALLS,

Plaintiff - Appellant,

v.

TYRONE LAWRENCE; WESLEY MORGAN; STACIA TOWNSEND; CITY OF
CHARLESTON,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at
Charleston.  David C. Norton, District Judge.  (2:23-cv-03811-DCN)

_____

Submitted:  October 16, 2025                                 Decided:  October 20, 2025

_____

Before KING, AGEE, and RICHARDSON, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Adrienne Smalls, Appellant Pro Se.  Bob Conley, CLAWSON & STAUBES, LLC,
Charleston, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrienne Smalls seeks to appeal the district court's order adopting the magistrate judge's recommendation to dismiss Smalls' civil action for failure to prosecute. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its final judgment on January 27, 2025, and the appeal period expired on February 26, 2025. Smalls filed the notice of appeal on March 31, 2025. Because Smalls failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2